DOCUMENTS UNDER SEAL ☐      TOTAL TIME (mins): 13 min.

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Simone Voltz | REPORTER/FTR 10:25-10:26  10:42-10:48  11:39-11:45 | |
|---|---|---|---|
| MAGISTRATE JUDGE Bernard Zimmerman | DATE 8/4/08 | NEW CASE ☐ | CASE NUMBER 3-08-70501 BZ |

### APPEARANCES

| DEFENDANT Henry Robert Jean Leger | AGE 47 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Erik Hairston | | PD. ☐ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|---|

| U.S. ATTORNEY Jeffrey Finnigan | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| | | |
|---|---|---|
| ☒ INITIAL APPEAR 10 min. | ☐ PRELIM HRG | ☐ MOTION |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG 3 min. | ☐ CHANGE PLEA |

| ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ PROB. REVOC | ☐ ATTY APPT HEARING |

*FILED*
*AUG 0 4 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 100 K | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  Southern District of Florida

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 8/18/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 1:30P.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. John O'Sullivan (Florida) | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Government agreed to release deft on a 100K Bond. Deft has to appear in Southern Florida court on 8/18/08 at 1:30p.m.
Deft admitted his identity. Deft. waived identity removal hearing.
BZ, John O' Sullivan (USDC SD FL), Pretrial

Amended

DOCUMENT NUMBER: